1190

In the Matter of JOHN W. YENGO, JR., et al., Appellants, v THE LAWYERS FUND FOR CLIENT PROTECTION OF THE STATE OF NEW YORK, Respondent.

Submitted June 13, 2016; decided August 30, 2016

Motion for leave to appeal etc. dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain a motion for leave to appeal from the judgment of Supreme Court (*see* NY Const, art VI, § 3; CPLR 5602).